**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 08-23-DLB-1**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

vs.          **ORDER ADOPTING REPORT & RECOMMENDATION**

**GORDON H. KING**                                                                        **DEFENDANT**

\*\*\*     \*\*\*     \*\*\*     \*\*\*

This matter is before the Court upon the Amended Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of nine (9) months imprisonment followed by a twenty-seven (27) month term of supervised release, with the first three (3) months to be served in a halfway house. (Doc. # 58). During the final revocation hearing conducted by Magistrate Judge Edward B. Atkins on September 18, 2012, Defendant admitted to Violations 2, 3, and 5 as set forth in the August 21, 2012 Supervised Release Violation Report; the United States moved to dismiss Violations 1 and 4. (Doc. # 48).

Defendant having executed a waiver of his right to allocution (Doc. # 56), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Amended Report and Recommendation (Doc. # 58) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **NINE (9) MONTHS** followed by a **TWENTY-SEVEN (27) MONTHS** term of supervised release, with the first **THREE (3) MONTHS** to be served in a halfway house; and

(5) A Judgment shall be entered contemporaneously herewith.

This 30th day of October, 2012.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2008\08-23-1 Order adopting R&R.wpd